UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLARENCE EDWIN DIXON,**  Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-141** |
| **SANDY MCCAINE, ET AL.,**  Defendants | **SECTION "E"** |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[1] and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation[2] of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the above-captioned matter be **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 15th day of September, 2020.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 14.
[2] *Id.*